IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY LEE BLUDWORTH,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CSP - CORCORAN,<br><br>　　　　Defendant.<br>_____/ | 1:13-cv-00728-DLB (PC)<br><br>ORDER TO SUBMIT COMPLAINT WITHIN 30 DAYS<br><br>ORDER TO SUBMIT APPLICATION TO PROCEED IN FORMA PAUPERIS OR PAY FILING FEE WITHIN 45 DAYS |

Plaintiff is a California state prisoner proceeding pro se in a civil action pursuant to 42 U.S.C. § 1983. Plaintiff has not filed a complaint. Plaintiff has also not paid the $350.00 filing fee, or submitted an application to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff is to file a complaint within thirty (30) days from the date of service of this order;

2. Within forty-five (45) days of the date of service of this order, plaintiff shall submit the attached application to proceed in forma pauperis, completed and signed, or in the alternative, pay the $350.00 filing fee for this action. **No requests for extension will be granted without a showing of good cause**. Within sixty (60) days of the date of service of this order, plaintiff shall submit a certified copy of his/her prison trust statement for the six month period immediately preceding the filing of the complaint;

3. The Clerk of the Court is directed to issue concurrently with this order a complaint form and the application to proceed in forma pauperis; and

**4. Failure to comply with any portion of this order will result in dismissal of this action.**

IT IS SO ORDERED.

Dated: May 21, 2013         /s/ Dennis L. Beck
                           UNITED STATES MAGISTRATE JUDGE